# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 276 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SHILEE DIXSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Patricia Nicola
As Of 11/29/2017

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania